**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **MARIA MARQUEZ, et al.,** | : | |
| **Plaintiffs** | : | **No. 1:19-cv-00599** |
| | : | |
| **v.** | : | **(Judge Kane)** |
| | : | |
| **COMMONWEALTH OF** | : | |
| **PENNSYLVANIA, et al.,** | : | |
| **Defendants** | : | |

**ORDER**

**AND NOW**, on this 8th day of February 2022, upon consideration of the parties' February 4, 2022 joint status report (Doc. No. 81), **IT IS ORDERED THAT** all pretrial deadlines are **STAYED** until March 21, 2022. **IT IS FURTHER ORDERED THAT** the parties shall file a joint report on or before March 22, 2022, advising the Court as to the status of the case.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania