IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MARIA MARQUEZ et al.** | : |
| Plaintiffs, | : |
| v. | No. 1:19-cv-00599-YK |
| | (Judge Kane) |
| **COMMONWEALTH OF PENNSYLVANIA et al.** | : |
| Defendants. | : |

## JOINT STATUS REPORT

On February 8, 2022, this Court ordered the parties to file a joint status report on or before March 22, 2022, advising the Court as to the status of the case. ECF No. 82. While the parties had anticipated being in a position to advise the Court about the outcome of their settlement negotiations by today, they respectfully submit that they seek an additional 30 days, or sooner if directed by the Court.

Dated:  March 22, 2022

                      Respectfully submitted,

*/s/ Nicole J. Boland*  
Nicole J. Boland (PA 314061)  
**OFFICE OF ATTORNEY GENERAL**  
15th Floor, Strawberry Square

*/s/ Vanessa L. Stine*  
Vanessa L. Stine (PA 319569)  
**AMERICAN CIVIL LIBERTIES UNION OF PENNSYLVANIA**

<div style="display: flex;">
<div>

Harrisburg, PA 17120
(717) 783-3146
nboland@attorneygeneral.gov

*Counsel for Defendants*

</div>
<div>

P.O. Box 60173
Philadelphia, PA 19102
(215) 592-1513
vstine@aclupa.org

Mark D. Taticchi* (PA 323436)
**FAEGRE DRINKER BIDDLE
   & REATH LLP**
One Logan Square, Ste. 2000
Philadelphia PA 19103
(215) 988-2700
mark.taticchi@faegredrinker.com


*Counsel for Plaintiffs*

</div>
</div>

*Admitted *pro hac vice*

2

## **CERTIFICATE OF SERVICE**

I, Vanessa L. Stine, counsel for Plaintiffs in this action, hereby certify that on March 22, 2022, I caused to be served a true and correct copy of the foregoing document to all counsel of record via the Court's electronic filing system.

          */s/ Vanessa L. Stine*
**VANESSA L. STINE**
*Counsel for Plaintiff*