IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MARIA MARQUEZ et al.** | : |
| Plaintiffs, | : |
| v. | : No. 1:19-cv-00599-YK |
| **COMMONWEALTH OF PENNSYLVANIA et al.** | : (Judge Kane) |
| Defendants. | : |

## JOINT STATUS REPORT

On March 22, 2022, this Court ordered the parties to file a joint status report on or before April 22, 2022, advising the Court as to the status of the case. ECF No. 86. The parties write to notify the Court that settlement in this case has been reached. Pursuant to the settlement agreements, Plaintiffs will file for dismissal with prejudice within seven (7) days of receipt of the settlement amounts.

Dated:  April 5, 2022

Respectfully submitted,

| | |
|---|---|
| */s/ Nicole J. Boland* | */s/ Vanessa L. Stine* |
| Nicole J. Boland (PA 314061) | Vanessa L. Stine (PA 319569) |
| **OFFICE OF ATTORNEY GENERAL** | **AMERICAN CIVIL LIBERTIES** |
| 15th Floor, Strawberry Square | **UNION OF PENNSYLVANIA** |
| Harrisburg, PA 17120 | P.O. Box 60173 |
| (717) 783-3146 | Philadelphia, PA 19102 |

<div style="display: flex;">

nboland@attorneygeneral.gov

*Counsel for Defendants*

(215) 592-1513
vstine@aclupa.org

Mark D. Taticchi* (PA 323436)
**FAEGRE DRINKER BIDDLE**
  **& REATH LLP**
One Logan Square, Ste. 2000
Philadelphia PA 19103
(215) 988-2700
mark.taticchi@faegredrinker.com


*Counsel for Plaintiffs*

</div>

*Admitted pro hac vice

## CERTIFICATE OF SERVICE

I, Vanessa L. Stine, counsel for Plaintiffs in this action, hereby certify that on April 5, 2022, I caused to be served a true and correct copy of the foregoing document to all counsel of record via the Court's electronic filing system.

<div style="text-align:right">

*/s/ Vanessa L. Stine*
**VANESSA L. STINE**
*Counsel for Plaintiff*

</div>