# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MARIA MARQUEZ, <u>et al.</u>,      :
    Plaintiff               :
                          :     **No. 1:19-cv-00599**
        v.                :
                          :     **(Judge Kane)**
**COMMONWEALTH OF**      :
**PENNSYLVANIA, <u>et al.</u>,**     :
    Defendant            :

## <u>ORDER</u>

     **AND NOW**, this 18th day of April 2022, upon consideration of the parties' Joint Status Report indicating that a settlement has been reached (Doc. No. 87), **IT IS ORDERED** that this action is dismissed without costs and without prejudice, upon good cause shown within sixty (60) days, to reinstate the action if the settlement is not consummated.  **IT IS FURTHER ORDERED THAT** the parties are directed to submit, within sixty (60) days of the date of this Order, a joint status report addressing whether the instant action should be dismissed with or without prejudice.  Should the parties fail to submit a timely status report in accordance with this Order, the Court will deem the dismissal of this action to be with prejudice.  The Clerk of Court is directed to **CLOSE** the above-captioned action.

                                    s/ Yvette Kane
                                    Yvette Kane, District Judge
                                    United States District Court
                                    Middle District of Pennsylvania