IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARIA MARQUEZ et al., | : |
| Plaintiffs, | : |
| v. | : No. 1:19-cv-00599-YK |
| COMMONWEALTH OF PENNSYLVANIA et al., | : (Judge Kane) |
| Defendants. | : |

## JOINT STATUS REPORT

On April 18, 2022, this Court ordered the above action dismissed without costs and without prejudice and permitted the reinstatement of the action if settlement was not consummated within 60 days. ECF No. 88. The Court also directed the parties to submit a joint status report on or before June 18, 2022, advising the Court as to whether its dismissal of the action should be with or without prejudice. *Id*.

On June 16, 2022, the parties jointly reported to the Court that payment remained pending for one plaintiff and requested a 60-day extension of the time in which to seek reinstatement and/or notify the Court whether the action's dismissal should be with or without prejudice. ECF No. 89. The Court granted that request

the following day, making the parties' next status report due on or before August 16, 2022. ECF No. 90.

The parties write to report that the final payment contemplated by the parties' settlement has been made. Accordingly, they do not seek reinstatement of the action and recommend that the dismissal of this action be with prejudice.

Respectfully submitted,

/s/ Nicole J. Boland
Nicole J. Boland (PA 314061)
**OFFICE OF ATTORNEY GENERAL**
15th Floor, Strawberry Square
Harrisburg, PA 17120
(717) 783-3146
nboland@attorneygeneral.gov

*Counsel for Defendants*

/s/ Mark D. Taticchi
Mark D. Taticchi* (PA 323436)
**FAEGRE DRINKER BIDDLE
  & REATH LLP**
One Logan Square, Ste. 2000
Philadelphia PA 19103
(215) 988-2700
mark.taticchi@faegredrinker.com

Vanessa L. Stine (PA 319569)
**AMERICAN CIVIL LIBERTIES
  UNION OF PENNSYLVANIA**
P.O. Box 60173
Philadelphia, PA 19102
(215) 592-1513
vstine@aclupa.org

*Counsel for Plaintiffs*

*Admitted *pro hac vice*

# CERTIFICATE OF SERVICE

I, Mark D. Taticchi, counsel for Plaintiffs in this action, hereby certify that on August 16, 2022, I caused to be served a true and correct copy of the foregoing document to all counsel of record via the Court's electronic filing system.

                              */s/ Mark D. Taticchi*
                              **MARK D. TATICCHI**
                              *Counsel for Plaintiff*